# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

Bridget M. McCormack,
Chief Justice

162717

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SOUTHFIELD METRO CENTER
HOLDINGS, LLC,
      Plaintiff-Appellee,

v

      SC: 162717
      COA: 350707
      Oakland CC: 2019-170827-CB

SKYMARK PROPERTIES II, LLC,
      Defendant-Appellant,

and

FEDERAL-MOGUL, LLC,
      Intervening Party.

_____/

      On order of the Court, the application for leave to appeal the December 10, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021

b0616

Clerk